UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MARY FRANCES DYKES )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>        )<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>        )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 2:22-CV-56-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 13, 2023, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on July 13, 2023, and Copies To:**
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler/Cassia Parson (via CM/ECF Notice of Electronic Filing)

July 13, 2023                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk