UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

MARY FRANCES DYKES )
                 Plaintiff, )
)
v. )        **JUDGMENT**
)
)        No.  2:22-CV-56-FL
KILOLO KIJAKAZI, Commissioner of )
the Social Security Administration )
              Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2023,  that defendant pay to plaintiff $4,635.58 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on October 31, 2023, and Copies To:**
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Brittany Johanna Gigliotti / Cassia Parson  (via CM/ECF Notice of Electronic Filing)


October 31, 2023          PETER A. MOORE, JR., CLERK

                        _/s/ Sandra K. Collins_____
                        (By) Sandra K. Collns, Deputy Clerk